# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142321

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARC L. CULLEN, M.D.,
      Plaintiff-Appellee,

v

MICHAEL D. KLEIN, M.D.,
      Defendant-Appellant,
and

SCOTT E. LANGENBURG, M.D.,
JOSEPH LAWRENCE LELLI, JR., M.D.,
and PAUL T. STOCKMANN, M.D.,
      Defendants.

SC: 142321
COA: 291810
Wayne CC: 09-000836-CZ

_____/

      On order of the Court, the application for leave to appeal the September 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620